E. N. Dekle, Appellant, v. J. F. O'Shaughnessey, Appellee.

Appeal from Circuit Court, Washington county; Evelyn C. Maxwell, Judge.

Benjamin S. Liddon for appellant.

Blount & Blount and E. D. Beggs for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Appeal dismissed by the clerk, on præcipe of counsel for the appellant, under Rule 24.